[No. 15840-3-III.    Division Three.    July 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY L. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-8-00019-4, Yancey Reser, J., entered April 19, 1996. *Reversed* by unpublished opinion per Thompson, J., concurred in by Brown, J., and Kato, J. Pro Tem.

[No. 17339-5-II.    Division Two.    July 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY AMELINE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-05238-7, Terry D. Sebring, J., entered July 13, 1993. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 20211-5-II.    Division Two.    July 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTIQUE MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00175-0, George L. Wood, J., entered December 8, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 20408-8-II.    Division Two.    July 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S. CARROLL, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00025-6, Joel M. Penoyar, J., entered February 16, 1996. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.